IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICE ANDRE FLUKER,<br><br>     Plaintiff,<br><br>  v.<br><br>AGENT TUCKER, et al.,<br><br>     Defendants._____/ | No. C 10-5355 CW (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, a state prisoner, filed the present pro se complaint when he was incarcerated at the Alameda County Jail. Thereafter, in December 2010, Plaintiff notified the Court he had been released from custody, in February 2011 he notified the Court he had been returned to the Alameda County Jail, and, on March 2, 2011, he notified the Court that he was incarcerated at San Quentin State Prison (SQSP) and would be released from custody on March 30, 2011.  Plaintiff has not communicated with the Court since his last notification.

On September 7, 2011, the Court issued an Order of Dismissal With Leave to Amend and gave Plaintiff thirty days from the date of the Order to file an amended complaint providing factual and legal bases for his claims.  The Court informed Plaintiff that failure to timely file an amended complaint would result in dismissal of the action without prejudice.  The Order was sent to Plaintiff at his most recent address on the court docket, i.e., SQSP.  On September 8, 2011, the Order was mailed back to the Court from SQSP, with a notation on the envelope that Plaintiff no longer is in custody.

    Because Plaintiff has not communicated with the Court or updated his address since his presumed release from SQSP on March 30, 2011, he did not receive the Court's Order of Dismissal With Leave to Amend and has not amended his complaint to cure the noted pleading deficiencies.

    Accordingly, IT IS HEREBY ORDERED that the complaint in the above-captioned action is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

    The Clerk of the Court shall enter judgment in accordance with this Order and close the file.  When and if Plaintiff is prepared to pursue his claims, he may file a new civil rights action.

    IT IS SO ORDERED.

Dated: 10/7/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PATRICE ANDRE FLUKER,

        Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS et al,

        Defendant.

Case Number: CV10-05355 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Patrice Andre Fluker
864 34th Street, #2
Oakland, CA  94608

Dated: October 7, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

3